ORIGINAL
E-filing

1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California 94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.

FILED

APR 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

                                    C10-01819

12  AUTODESK, INC., a Delaware          CASE NO.
    corporation,
13                                      **COMPLAINT FOR DAMAGES AND
                 Plaintiff,             INJUNCTIVE RELIEF**
14
         v.                             1.  Copyright Infringement;
15                                      2.  Circumvention of Copyright Protection
    MCDANIEL FIRE PROTECTION                Measures
16  SERVICES, INC., a Florida corporation,

17               Defendant.

18

1  Plaintiff Autodesk, Inc. ("Autodesk") states and alleges as follows for its complaint
2  against defendant McDaniel Fire Protection Services, Inc. ("Defendant").

3  ## JURISDICTION AND VENUE

4  ### Parties

5  1.  Autodesk is a Delaware corporation with its principal place of business in San
6  Rafael, California.

7  2.  Autodesk is informed and believes and thereon alleges that Defendant is a Florida
8  corporation with its principal place of business in Fort Myers, Florida.

9  ### Jurisdiction

10  3.  This case is a civil action arising under the copyright laws of the United States, 17
11  U.S.C. § 101, *et seq.* (the "Copyright Act").  This Court has subject matter jurisdiction over
12  Autodesk's claims pursuant to 17 U.S.C. § 501, *et seq.* (copyright), 28 U.S.C. § 1331 (federal
13  subject matter jurisdiction), and 28 U.S.C. § 1338(a) (copyright actions).

14  4.  Autodesk is informed and believes and thereon alleges that Defendant knew, or
15  reasonably should have known, that Autodesk:  (a) is located in California, and that Defendant
16  directed and aimed its unauthorized activities at Autodesk, which is located in the Northern
17  District of California; and (b) would likely suffer the brunt of the harm caused by Defendant in
18  California at Autodesk's principal place of business.  Defendant's activities complained of herein
19  caused Autodesk to bear the brunt of the harm in California at its principal place of business in
20  San Rafael, California within this District.

21  ### Venue

22  5.  Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and
23  1400(a).

24  ### Intradistrict Assignment

25  6.  Because this matter is an Intellectual Property Action, there is no basis for
26  assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

27  ///

28  ///

-2-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF                    CASE NO.

1

2

**GENERAL ALLEGATIONS**

**Introduction**

3    7.    Autodesk is in the business of, and has made and continues to make substantial

4    investments of time, effort, and expense in, designing, developing, testing, manufacturing,

5    publishing, marketing, distributing, and licensing a wide variety of software products recorded on

6    various media, including without limitation optical disks, for use on computers.

7    8.    In connection with Autodesk's software products, Autodesk owns copyrights that

8    are the subject of registrations with the United States Copyright Office.

9    9.    Widespread use of illegal copies of Autodesk's software products (commonly

10   known as software piracy) has caused, and continues to cause, significant harm to Autodesk and

11   undermines Autodesk's investments in its products.

12   10.    Autodesk brings this action as a result of Defendant's unauthorized reproduction

13   and use of certain of Autodesk's software products and Defendant's unauthorized circumvention

14   of technological measures incorporated into Autodesk's software products that effectively control

15   access to those products. Defendant's actions and omissions complained of herein were and

16   continue to be undertaken willfully, intentionally, and maliciously and have caused and continue

17   to cause substantial damage to Autodesk.

18   11.    Autodesk respectfully requests that the Court enter an injunction against

19   Defendant and award Autodesk damages, costs, and attorney's fees as allowed by statute.

20   **Autodesk's Software Products and Copyrights**

21   12.    Autodesk's software products include computer aided design and other design

22   programs, such as AutoCAD® 2000 software, AutoCAD® 2009 software, AutoCAD® 2010

23   software, Autodesk® Architectural Desktop 2005 software, and Autodesk® Architectural Desktop

24   2006 software. These products along with their reference materials are hereinafter collectively

25   referred to as the "Autodesk Products."

26   13.    The Autodesk Products contain a large amount of material that is wholly original

27   with Autodesk and is copyrightable subject matter under the laws of the United States. At all

28   times herein relevant, Autodesk complied in all respects with the Copyright Act and secured the

-3-

1  exclusive rights and privileges in and to the copyrights in the Autodesk Products (collectively the
2  "Autodesk Copyrights").

3       14.    Each of the Autodesk Products is an original work, copyrightable under the
4  Copyright Act, and has been timely registered in full compliance with the Copyright Act.
5  Autodesk has received a Certificate of Registration from the Register of Copyrights for each of
6  the Autodesk Products, copies of which are attached as Exhibit A hereto and incorporated herein
7  by reference.

8       15.    Since the registration of the Autodesk Copyrights, the Autodesk Products have
9  been published and distributed by Autodesk or under its authority in compliance with the
10  provisions of the Copyright Act.  Autodesk has thus fully maintained the validity of the
11  copyrights in the Autodesk Products.

12      16.    Autodesk has never authorized Defendant to copy or reproduce the Autodesk
13  Products in violation of any applicable end-user license agreement or circumvent the
14  technological measures in the Autodesk Products that effectively control access thereto.

15                **The Business and Infringing Activities of Defendant**

16      17.    Autodesk is informed and believes and thereon alleges that Defendant is involved
17  in the fire protection industry and designs, fabricates, installs, services, maintains, and inspects
18  fire protection systems.  Autodesk is informed and believes and thereon alleges that in conducting
19  its business Defendant has engaged in the unauthorized reproduction of certain of the Autodesk
20  Products onto computers located at its premises and that Defendant uses copies of the Autodesk
21  Products.

22      18.    Autodesk is informed and believes and thereon alleges that Defendant has
23  purchased and upgraded a single license for Autodesk's AutoCAD® software as follows:
24  AutoCAD® 2000 software, upgraded to AutoCAD® 2009 software, and upgraded to AutoCAD®
25  2010.

26      19.    Autodesk is informed and believes and thereon alleges that, without Autodesk's
27  authorization, Defendant has:  (a) copied and reproduced certain of the Autodesk Products; and
28  (b) circumvented technological measures that effectively control access to the Autodesk Products

-4-

1   (collectively, the "Access Control Technology").

2        20.   Autodesk is informed and believes and thereon alleges that Defendant has
3   willfully, intentionally, and maliciously engaged in the acts and omissions complained of herein
4   without regard to Autodesk's proprietary rights.

5                           **FIRST CLAIM FOR RELIEF**

6                           **(Copyright Infringement)**

7        21.   Autodesk re-alleges and incorporates herein by this reference each of the
8   allegations contained in Paragraphs 1 through 20 above as though fully set forth.

9        22.   Defendant's acts and omissions constitute willful, intentional, and malicious
10  infringement of the Autodesk Copyrights in violation of the Copyright Act, 17 U.S.C. § 501.

11       23.   Defendant's willful, intentional, and malicious copyright infringement has caused
12  and will continue to cause Autodesk to suffer substantial injuries, loss, and damage to its
13  proprietary and exclusive rights to the Autodesk Products and the Autodesk Copyrights and has
14  caused and will continue to cause Autodesk to lose profits in an amount not yet ascertained.

15       24.   Defendant's copyright infringement, and the threat of continuing infringement by
16  Defendant, has caused and will continue to cause Autodesk to suffer repeated and irreparable
17  injury.  It would be difficult to ascertain the amount of money damages that would afford
18  Autodesk adequate relief at law for Defendant's continuing acts and omissions complained of
19  herein and a multiplicity of judicial proceedings would be required.  Autodesk's remedy at law is
20  not adequate to compensate Autodesk for the injuries already inflicted and further threatened by
21  Defendant.  Therefore, Autodesk respectfully requests as prayed for below that Defendant be
22  restrained and enjoined as authorized by the Copyright Act.

23       WHEREFORE, Autodesk seeks relief as set forth below.

24                          **SECOND CLAIM FOR RELIEF**

25                  **(Circumvention of Copyright Protection Measures)**

26       25.   Autodesk re-alleges and incorporates herein by this reference each of the
27  allegations contained in Paragraphs 1 through 20 above as though fully set forth.

28       26.   The Autodesk Products contain Access Control Technology.

-5-

1    27. Autodesk is informed and believes and thereon alleges that, without Autodesk's

2    authorization, Defendant willfully, intentionally, and maliciously circumvented the Access

3    Control Technology in violation of 17 U.S.C. § 1201(a).

4    28. Defendant's willful, intentional, and malicious circumvention of the Access

5    Control Technology has caused and will continue to cause Autodesk to suffer substantial injuries,

6    loss, and damage to its proprietary and exclusive rights to the Autodesk Products and the

7    Autodesk Copyrights and has caused and will continue to cause Autodesk to lose profits in an

8    amount not yet ascertained.

9    29. Defendant's circumvention of the Access Control Technology, and the threat of

10   continuing circumvention, has caused and will continue to cause Autodesk to suffer repeated and

11   irreparable injury. It would be difficult to ascertain the amount of money damages that would

12   afford Autodesk adequate relief at law for Defendant's continuing acts and omissions complained

13   of herein and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law

14   is not adequate to compensate it for the injuries already inflicted and further threatened by

15   Defendant. Therefore, Autodesk respectfully requests as prayed for below that Defendant be

16   restrained and enjoined as authorized by the Copyright Act and any device or product in

17   Defendant's possession, custody, or control that enabled or was involved in the circumvention

18   should be impounded pursuant to 17 U.S.C. § 1203(b).

19                                    **PRAYER FOR RELIEF**

20       WHEREFORE, Autodesk seeks relief as follows:

21       1. That, upon motion, the Court issue a preliminary injunction enjoining and

22   restraining Defendant and its agents, servants, employees, successors and assigns, and all other

23   persons acting in concert or conspiracy with Defendant or affiliated with Defendant, from:

24       (a) Copying, reproducing, distributing, or using any unauthorized copies of

25   Autodesk's copyrighted software products;

26       (b) Otherwise infringing any of Autodesk's copyrights;

27       (c) Circumventing any technological measure that effectively controls access

28   to any of Autodesk's software products;

-6-

1                 (d)     Destroying, or otherwise disposing of, or altering any copies of software or

2  other products, materials, technologies, services, devices, components, documents, or

3  electronically stored data or files that relate or pertain in any way to the:

4                 (i)      Copying, reproduction, distribution or use of any of Autodesk's

5  software products;

6                 (ii)     Circumvention of any technological measure that effectively

7  controls access to any of Autodesk's software products; or

8                 (iii)    Infringement of any of Autodesk's copyrights.

9      2.     That the Court issue a permanent injunction making permanent the orders

10  requested in paragraphs 1(a) through (c) of this Prayer for Relief;

11      3.     That, upon motion, the Court issue a preliminary injunction impounding any

12  device or product in Defendant's possession, custody, or control that has been involved in or is

13  connected to Defendant's circumvention of any technological measure that effectively controls

14  access to any of Autodesk's software products;

15      4.     That Autodesk be awarded for Defendant's willful, intentional, and malicious

16  copyright infringement either: (a) actual damages in an amount to be determined at trial, together

17  with the profits derived from Defendant's infringement of Autodesk's copyrighted software

18  products; or (b) statutory damages for each act of infringement in an amount provided by law, as

19  set forth in 17 U.S.C. § 504, at Autodesk's election before the entry of a final judgment;

20      5.     That Autodesk be awarded for Defendant's willful, intentional, and malicious

21  circumvention of technological copyright protection measures either: (a) actual damages in an

22  amount to be determined at trial, together with the profits derived from Defendant's

23  circumvention; or (b) statutory damages for each violation in an amount provided by law, as set

24  forth in 17 U.S.C. § 1203(c), at Autodesk's election before the entry of a final judgment;

25      6.     That the Court issue an order upon entry of judgment in this action requiring

26  Defendant to destroy any and all infringing copies in Defendant's possession, custody, or control

27  of Autodesk's software products, as set forth by the Copyright Act, 17 U.S.C. § 503(b);

28      7.     That the Court issue an order upon judgment requiring Defendant to destroy any

-7-

1  device or product involved in Defendant's circumvention of any technological measure that
2  effectively controls access to any of Autodesk's software products, as set forth by the Copyright
3  Act, 17 U.S.C. § 1203(b)(6);

4      8.      That the Court issue an order requiring Defendant to serve on Autodesk within
5  thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail
6  the manner and form in which Defendant has complied with the injunction;

7      9.      That the Court award Autodesk its reasonable attorney's fees pursuant to 17
8  U.S.C. §§ 505 and 1203(b);

9      10.     That the Court award Autodesk its costs of suit incurred herein; and

10     11.     That the Court grant such other and further relief as it deems just and proper.

11  Dated: April 28 , 2010          DONAHUE GALLAGHER WOODS LLP

13                                 By: _____
                                       Julie E. Hofer
14                                     Attorneys for Plaintiff
                                       AUTODESK, INC.

-8-

**EXHIBIT A**

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 4-967-648



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

EFFECTIVE DATE OF REGISTRATION

June 11, 1999
Month    Day    Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
**TITLE OF THIS WORK ▼**
AutoCAD 2000 and User's Guides

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**
**a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and new User's Guides.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀Year in all cases.
1999

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 29    Year ▶ 1999
United States of America    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 11 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 11 1999
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A

| EXAMINED BY  *TMδ* | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

■ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ■ This is a changed version of the work, as shown by space 6 on this application. TX 2-254-911 (1987); TX 2-144-147 (1987); TX 2-118-338 (1987);

If your answer is "Yes," give: **Previous Registration Number** ▼  TX 2-120-843 (1986)  **Year of Registration** ▼

TX 4-558-849 (1997); TX 4-177-416 (1996); TX 3-983-327 (1995); TX 3-622-953 (1993); TX 3-381-216 (1992); TX 3-026-664 (1991); TX 2-513-664 (1989);

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Miscellaneous computer programs and software licensed by third parties.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised software code and new User's Guides.

See instructions before completing this space.

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only      See Instructions.

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  Donahue, Gallagher, Woods & Wood, LLP      **Account Number** ▼  DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Eric Doney, Esq.

DONAHUE, GALLAGHER, WOODS & WOOD, LLP

591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area Code and Telephone Number ▶ (415) 381-4161

Be sure to give your daytime phone ◀ number

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
■ authorized agent of  Autodesk, Inc.

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric Doney      Date ▶ 6 | 9 | 99

Handwritten signature (X) ▼  *Eric Doney*

**11** **MAIL CERTIFICATE TO**

**Name** ▼  Eric Doney, Esq.    DONAHUE, GALLAGHER, WOODS & WOOD, LLP

**Number/Street/Apt** ▼  591 Redwood Highway, Suite 1200

**City/State/ZIP** ▼  Mill Valley, CA 94941

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000      ✡U.S. COPYRIGHT OFFICE WWW FORM: 1995

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-861-815

**Effective date of
registration:**

June 2, 2008

## Title

**Title of Work:** AutoCAD 2009 and User Assistance Cue Cards

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 25, 2008        **Nation of 1st Publication:** United States

## Author

■        **Author:** Autodesk, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Autodesk, Inc.
111 McInnis Parkway, San Rafael, CA, 94903, United States

## Limitation of copyright claim

**Material excluded from this claim:** Miscellaneous licensed software.

**Previous registration and year:** TX 6 576 172    2007

**New material included in claim:** New and revised software code and user assistance cue cards.

## Rights and Permissions

**Organization Name:** Donahue Gallagher Woods LLP

**Name:** Jonathan N. Osder

**Email:** jon@donahue.com        **Telephone:** 415381-416-1223

**Address:** 591 Redwood Highway

Suite 1200

Mill Valley, CA 94941  United States

EXHIBIT A

## Certification

**Name:** Jonathan N. Osder

**Date:** June 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
## TX 6-984-218

**Effective date of registration:**
May 28, 2009

---

**Title** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** AutoCAD 2010

**Previous or Alternative Title:** AutoCAD 2010 and User Assistance Cue Cards

**Completion/ Publication** ━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2009

**Date of 1st Publication:** March 16, 2009 **Nation of 1st Publication:** United States

**Author** ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■ **Author:** Autodesk, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

■ **Author:** Autodesk Software (China) Co. Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** China

■ **Author:** Autodesk Asia Pte Ltd.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Copyright claimant** ━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Autodesk, Inc.

111 McInnis Parkway, San Rafael, CA, 94903, United States

**Transfer Statement:** By written agreement

Page 1 of 2

EXHIBIT A

## Limitation of copyright claim

**Material excluded from this claim:** Miscellaneous licensed software.

**Previous registration and year:** TX 6 861 815   2008

TX 6 576 172   2007

**New material included in claim:** New and revised software code and user assistance cue cards.

## Rights and Permissions

**Organization Name:** Donahue Gallagher Woods LLP

**Name:** Jonathan N. Osder

**Email:** jon@donahue.com                    **Telephone:**   415-381-4161

**Address:** 591 Redwood Highway

Suite 1200

Mill Valley, CA 94941  United States

## Certification

**Name:** Jonathan N. Osder

**Date:** May 28, 2009

**Applicant's Tracking Number:** 1AUTO-CPYRT

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5–988–444

5   12   04
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**TITLE OF THIS WORK ▼**

Autodesk Architectural Desktop 2005 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical  serial  or collection  give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

---

**a** **NAME OF AUTHOR ▼**
Autodesk, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶ } U S A

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 21   Year ▶ 2004
United States of America ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc
111 McInnis Parkway
San Rafael, CA 94903

**APPLICATION RECEIVED**
MAY 1 2 2004
**ONE DEPOSIT RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**TWO DEPOSITS RECEIVED**
MAY 1 2 2004
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of ___ pages

**EXHIBIT A**

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?
■ Yes  ☐ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ■ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes" give **Previous Registration Number** ▼          **Year of Registration** ▼
TX 5-788-106                                                             2003

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Autodesk Architectural Desktop 2004 and User's Guide, miscellaneous software licensed by third parties.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised software code and User's Guide

See instructions before completing this space.

---

## —space deleted—

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work, or (3) both

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.
Name ▼                                                    Account Number ▼
Donahue Gallagher Woods, LLP                              DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jonathan N Oeder, Esq
DONAHUE GALLAGHER WOODS, LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
Area Code and Telephone Number ► (415) 381-4131

Be sure to give your daytime phone ◄ number

**CERTIFICATION*** I the undersigned, hereby certify that I am the
Check only one ►
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
■ authorized agent of Autodesk, Inc
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Jonathan N Oeder                                          Date ► May 11, 2004

Handwritten signature (X) ▼

| MAIL CERTIFICATE TO | Name ▼ Jonathan N Oeder, Esq     DONAHUE GALLAGHER WOODS, LLP | |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 591 Redwood Highway, Suite 1200 | |
| | City/State/ZIP ▼ Mill Valley, CA  94941 | |

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

May 1999—300 000

EXHIBIT A

☆U S COPYRIGHT OFFICE WWW FORM 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work

TX 6-125-536

EFFECTIVE DATE OF REGISTRATION

4 | 14 | 2005
Month | Day | Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
Autodesk Architectural Desktop 2006 and User's Guide

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared      Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼         Issue Date ▼         On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U S A

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

**NOTE**
Under the law the author of a "work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ March    Day ▶ 28    Year ▶ 2005
United States of America                                    ◀ Nation

---

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk Inc
111 McInnis Parkway
San Rafael CA  94903

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 1 4 2005
ONE DEPOSIT RECEIVED
APR 1 4 2005
TWO DEPOSITS RECEIVED
APR 1 4 2005
FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5 11) on the reverse side of this page
See detailed instructions          Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ____ pages

EXHIBIT A

| EXAMINED BY   S\m | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>  Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes"  why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is "Yes"  give Previous Registration Number ▼        Year of Registration ▼

TX 5-968-444                                                  2004

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete  only 6b for a compilation

a Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

Autodesk Architectural Desktop 2005 and User's Guide, miscellaneous licensed software

b Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised software code and User's Guide

**6**

See instructions
before completing
this space

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See Instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                    Account Number ▼

Donahue Gallagher Woods LLP           DAO81221

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼

Jonathan N  Osder, Esq

DONAHUE GALLAGHER WOODS LLP

591 Redwood Highway, Suite 1200, Mill Valley, CA  94941

Area Code and Telephone Number ▶ (415) 381-4161

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Autodesk  Inc

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Jonathan N  Osder                                    Date ▶ 11 April 2005

Handwritten signature (X) ▼

**10**

| MAIL<br>CERTIFI-<br>CATE TO | Name ▼<br>Jonathan N  Osder, Esq    DONAHUE GALLAGHER WOODS LLP |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | Number/Street/Apt ▼<br>591 Redwood Highway, Suite 1200 |
| | City/State/ZIP ▼<br>Mill Valley, CA  94941 |

Complete all necessary spaces
Sign your application in space 10

1 Application form
2 Nonrefundable $20 filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material

Register of Copyrights
Library of Congress
Washington  DC  20559-6000

**11**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

May 1995—300 000                                                ☉ U S  COPYRIGHT OFFICE WWW FORM  1995

EXHIBIT A