| | |
|---|---|
| 1 | ERIC DONEY, #76260 |
|   | eric@donahue.com |
| 2 | JULIE E. HOFER, #152185 |
|   | julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074 |
|   | andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | 1999 Harrison Street, 25th Floor |
| 5 | Oakland, California 94612-3520 |
|   | Telephone:  (510) 451-0544 |
| 6 | Facsimile:  (510) 832-1486 |

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO. C10-01819-SBA |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT MCDANIEL FIRE PROTECTION SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| MCDANIEL FIRE PROTECTION SERVICES, INC., a Florida corporation, | [CIVIL L.R. 6-1(a)] |
| Defendant. | NO HEARING REQUIRED |

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and defendant McDaniel Fire Protection Services, Inc., by and through counsel, hereby stipulate that defendant McDaniel Fire Protection Services, Inc., shall have up to and including Friday, June 25, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court. |

IT IS SO STIPULATED.

Dated: May 24, 2010         DONAHUE GALLAGHER WOODS LLP

By: *Julie E. Hofer*
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: May 24, 2010         WANG HARTMANN GIBBS & CAULEY, P.C.

By: *Richard F. Cauley*
Richard F. Cauley
Attorneys for Defendant
MCDANIEL FIRE PROTECTION SERVICES, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/1/10         *Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Court Judge

-1-