UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUTODESK, INC., a Delaware corporation

        Plaintiff(s),

v.

MCDANIEL FIRE PROTECTION
SERVICES, INC., a Florida corporation
        Defendant(s).

CASE NO. C10-01819-SBA

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by the presumptive deadline.

Dated: 9/15/10

Julie E. Hofer, Esq.
DONAHUE GALLAGHER WOODS LLP
Attorneys for AUTODESK, INC.

Dated: Sept 15, 2010

Richard F. Cauley, Esq.
WANG, HARTMANN, GIBBS, & CAULEY, P.L.C.
Attorneys for MCDANIEL FIRE PROTECTION
SERVICES, INC.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  X Mediation
  Private ADR

Deadline for ADR session
  X 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: 9/22/10

_____
Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE