```
 1  ERIC DONEY, #76260
    eric@donahue.com
 2  JULIE E. HOFER, #152185
    julie@donahue.com
 3  ANDREW S. MACKAY, #197074
    andrew@donahue.com
 4  DONAHUE GALLAGHER WOODS LLP
    1999 Harrison Street, 25th Floor
 5  Oakland, California  94612-3520
    Telephone:    (510) 451-0544
 6  Facsimile:    (510) 832-1486

 7  Attorneys for Plaintiff
    AUTODESK, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>MCDANIEL FIRE PROTECTION SERVICES, INC., a Florida corporation,<br><br>           Defendant. | CASE NO.  C10-01819-SBA<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION; ORDER**<br><br>[ADR L.R. 6-5]<br><br>NO HEARING REQUIRED |

1     Pursuant to ADR L.R. 6-5, plaintiff Autodesk, Inc., by and through counsel, and
2 defendant McDaniel Fire Protection Services, Inc., by and through counsel, hereby stipulate that
3 the parties, shall have up to and including January 30, 2011, to complete mediation. The parties
4 have scheduled a mediation session with the mediator on January 19, 2011. This date has been
5 duly noticed as docket text was filed and served on November 12, 2010 stating:

6     Set/Reset Hearings: Mediation Hearing set for 1/19/2011 at 10:30 AM in the
7     offices of Mayer Brown LLP in Palo Alto. Written statements due by 4:00
8     PM on 1/14/2011.

9     Due to scheduling conflicts, the parties were unable to schedule the mediation session
10 prior to this date. Such an extension will not have any impact on any scheduled dates set by the
11 Court.

12     IT IS SO STIPULATED.

13 Dated: December _____, 2010     DONAHUE GALLAGHER WOODS LLP

15     By:_____
16         Julie E. Hofer
        Attorneys for Plaintiff
        AUTODESK, INC.

18 Dated: December _____, 2010     WANG HARTMANN GIBBS & CAULEY, P.C.

20     By:_____
        Richard F. Cauley
21         Attorneys for Defendant
        MCDANIEL FIRE PROTECTION SERVICES, INC.

23         **ORDER**

24     PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 Dated: 1/5/11     _____
        Hon. Saundra B. Armstrong
26         United States District Court Judge