| | |
|---|---|
| 1 | ERIC DONEY, #76260 |
| | eric@donahue.com |
| 2 | JULIE E. HOFER, #152185 |
| | julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074 |
| | andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
| | 1999 Harrison Street, 25th Floor |
| 5 | Oakland, California  94612-3520 |
| | Telephone:    (510) 451-0544 |
| 6 | Facsimile:     (510) 832-1486 |
| 7 | Attorneys for Plaintiff |
| | AUTODESK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO.  C10-01819-SBA |
| Plaintiff, | **STIPULATION; ORDER OF DISMISSAL** |
| v. | |
| MCDANIEL FIRE PROTECTION SERVICES, INC., a Florida corporation, | |
| Defendant. | |

1   Plaintiff, Autodesk, Inc. ("Autodesk"), by and through counsel, and defendant McDaniel Fire Protection Services, Inc. ("Defendant") hereby stipulate to the following:

   1.   Defendant and its officers, directors, principals, agents, employees, successors, and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendant are hereby enjoined and restrained from:

   (a)   Copying, reproducing, distributing or using any unauthorized copies of Autodesk's copyrighted software products; and

   (b)   Otherwise infringing any of Autodesk's copyrights.

   2.   The remaining claims for relief in this action have been settled with certain additional obligations to be performed by the parties pursuant to the settlement, and the remaining action is hereby dismissed without prejudice.

   IT IS SO STIPULATED.

Dated: _____, 2011   DONAHUE GALLAGHER WOODS LLP


                               By:_____
                                  Julie E. Hofer
                                  Attorneys for Plaintiff
                                  AUTODESK, INC.

Dated: _____, 2011   MCDANIEL FIRE PROTECTION SERVICES, INC.


                               By:_____
                                  Jay McDaniel
                                  President


### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/22/11                 _____*Saundra B. Armstrong*_____
                               Hon. Saundra B. Armstrong
                               United States District Court Judge

-1-